479 A.2d 1115

2 Penn Center Plaza v. Lowenschuss Assoc., Appellant.
Petition for Allowance of Appeal
Denied Nov. 8, 1984.

Argued May 24, 1982.
William D. Parry, for appellant; Richard D. Malmed, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

WIEAND, J., concurred in the result.